# EXHIBIT 1

# ARREST REPORT

| BKG. NO. | BOOKING NO. | U.O. | LOC. BKD. | DR. LIC. NO. | STATE | EVID. RPT. | CRIME RPT. | | |
|---|---|---|---|---|---|---|---|---|---|
| | 711091 | | 4216 | 23492113 | CA | N | MULTI.e | DR 10-1609646 | |

| ARRESTEE'S LAST NAME | FIRST | MIDDLE | SUF. | | CII A21244802 |
|---|---|---|---|---|---|
| NARAYAN | MAYK | | | | FBI |

ADDRESS: 1016 OLD PERRIS BL   APT. NO.
CITY: SUMMIT VALLEY   STATE: CA

| SEX | DESCENT | HAIR | EYES | HEIGHT | WEIGHT | BIRTHDATE | AGE | CDC # | PROBATION # |
|---|---|---|---|---|---|---|---|---|---|
| M | O | BRO | BRO | 511 | 170 | 021878 | 32 | | |

| VEH. LIC. NO. | STATE | R.D. | AKA LAST-FIRST- OR NICKNAME |
|---|---|---|---|
| | | 1684 | |

| BIRTHPLACE | PROB. INV. UNIT | JUV. DETAINED AT | AD. CHG |
|---|---|---|---|
| AR | | | N |

## ADMONITION OF RIGHTS (WHEN APPLICABLE)

THE ADMONITION OF RIGHTS WAS READ VERBATIM PER FORM 15.03.00 BY:

SEE PAGE 7

LEVIN   33733
NAME   SERIAL NO.

| DIVISION | DETAIL ARRESTING | DATE ARRESTED | TIME ARR. | TIME BKD. |
|---|---|---|---|---|
| 4216 | NARC | 040610 | 1730 | 0206 |

| LOCATION OF ARREST | BAIL 150000 |
|---|---|
| 8239 LANKERSHIM BL | TOTAL BAIL 150000 |

| TYP. CHARGE & CODE | DEFINITION | WARRANT NO. |
|---|---|---|
| 11379HS | CONSP MARIJ SALE | |

ADDITIONAL CHARGES: 

SOCIAL SECURITY NO. UNK

| ARRAIGN. DATE | TIME | COURT | LOCATION CRIME COMMITTED | R.D. | RESIDENCE PHONE NO. |
|---|---|---|---|---|---|
| | | | SAA | | 818 6205508 |

EMPLOYER / SCHOOL
OCCUPATION / GRADE: CONSTRUCTION   PHY. ODD: T CHEST

CLOTHING WORN: WHT TANK TOP, BLK PNS, BLK SHS

EXACT LOCATION / DISPOSITION ARRESTEE'S VEHICLE: HOLD FOR

LIST CONNECTING RPTS BY TYPE & IDENTIFYING NOS.: SEARCH WARRANT + HM

VEHICLE USED: LKD

COMPLAINTS / EVID OF ILLNESS / INJ-BY WHOM TREATED: NONE
DRIVING VEH.: LKD
RETAINED: NONE   CASH DEPOSITED: 0.62

### INVOLVED PERSONS
Code: V: VICTIM  W: WITNESS  P/A: ARRESTING/PRIVATE PERS.  TO: TRUE OWNER  R: PERSON RPTG.  459.S: PERSON SECURING / D: PERSON DISCOVERING  JUV: P-BOTH PARENTS / G-GUARDIAN

| NAME | V & WS | SEX | DESC | D.O.B | ADDRESS | CITY | ZIP | PHONE | DAY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

### COMBINED CRIME REPORT
IF MULTI ARRESTEES THIS SECTION & ABOVE CRIME RPT. CHECK BOX IS COMPLETED ON ONLY ONE FACE SHEET

TYPE OFFENSE:   VICT'S OCCUPATION:
DATE AND TIME CRIME OCCURRED:   TYPE PROPERTY:   TOTAL $:   EST. DAMAGE $:   TYPE PREMISES:
459/BFV ONLY-POINT AND METHOD OF ENTRY:   WEAPON/FORCE/INSTRUMENT USED:   TFV/BFV ONLY-VICT'S VEH.:
MO (UNIQUE ACTIONS):

☐ GANG RELATED   ☐ MOTIVATED BY HATRED/PREJUDICE   ☐ DOMESTIC VIOLENCE   ☐ MANDATORY MARSY'S RIGHTS CARD PROVIDED TO THE VICTIM

### COMBINED EVID. RPT.
USE THIS SECTION IN LIEU OF PROPERTY REPORT IF ONLY ONE ARRESTEE, NO GUN, AND NO MORE THAN 3 ITEMS OF EVID.

LOC. EVID. BKD:   10.10.00 GIVEN? Y N   Preliminary Drug Test   SUPV./INV. OFCR. TESTING   SER. NO.   WITNESS OFCR.   SER. NO.

| ITEM | QUAN. | ARTICLE | SERIAL NO./TYPE TEST OF DRUG | BRAND/DRUG WEIGHT UNITS | MODEL NO./DRUG TEST RESULT | MISC. |
|---|---|---|---|---|---|---|

See Property Report

### APPROVAL / REPORTING OFFICERS

SUPERVISOR APPROVING RPT: [signature]   SERIAL NO. 27206
DATE & TIME REPRODUCED   DIV   CLERK
RAP SHEET ATTACHED: ☒ YES ☐ NO
REPORTING OFFICER(S): LOLE   SERIAL NO. 33128   DIV. 17A   DETAIL
(P.P. ARREST OFCR. BKG. EVID. IF LISTED ON THIS PAGE) NLD
VACATION: PAST

JUVENILE DISPO. Petition Request: ☐ DETAINED ☐ RELEASED ☐ NON-BOOK ☐ NON-BOOK & WARR.
INVEST. OFCR.   SERIAL NO.   DIV

FINAL CHARGE, IF DIFFERENT THAN ORIGINAL (SECTION, CODE & DEFINITION)
IF REFERRED, AGENCY & PERSON ACCEPTING REFERRAL
PROPERTY BOOKED? Y N  IF YES, 10.08.00 COMPLETED? Y N
SUPERVISOR APPROVING   SERIAL NO.
JUV. COORD. REVIEWING   SERIAL NO.

| 11 ☐ C & R | 13 ☐ EXON-INNOCENT | 04 ☐ CYA | 18 ☐ JUV. TRAF. MISD. | 16 ☐ DCS |
| 11 ☐ ACTION SUSP | 12 ☐ REL-INSUF. EVID. | 03 ☐ PROBATION | 17 ☐ FIRE DEPT. | ☐ OTHER |
| 14 ☐ PROVED ADULT | 03 ☐ COMMUNITY SERVICE | 06 ☐ OTH. LAW ENF. AGENCY | 10 ☐ DEPT. MENTAL HEALTH | |

DATE/TIME DISPO. REPROD.   DIV/CLERK

05.01.02 (08/09)   1004260D3297   ARREST REPORT

**EX. 1 – 1**

## CONTINUATION SHEET

Los Angeles Police Department

| PAGE NO. | TYPE OF REPORT | | | | BOOKING NO. | DR NO. |
|---|---|---|---|---|---|---|
| 2 | Arrest | | | | Multi 6 | 10-1609646 |

| ITEM NO. | QUAN | ARTICLE | SERIAL NO | BRAND | MODEL NO. | MISC DESCRIPTION (EG. COLOR, SIZE, INSCRIPTIONS, CALIBER, REVOLVER, ETC) | DOLLAR VALUE |
|---|---|---|---|---|---|---|---|

Defendant: Jack Gambaryan        Booking #2311560
Defendant: Grigor Garibyan        Booking #2311634
Defendant: Hovannes Igarian       Booking #2311625
Defendant: Aram Khachatryan       Booking #2311607
Defendant: Hayk Karayan           Booking #2311591
Defendant: Zhirayr Karayan        Booking #2311526

### Source of Activity:

On 04/26/2010 at approximately 1600 hrs, I (Detective Coyle #33128) was working a plainclothes detail in an unmarked police vehicle assigned Foothill Detective Division, Narcotics Enforcement Detail.

### Expertise

I am a court-qualified expert in most areas of narcotics enforcement, including the manner in which drugs are used, sold and packaged for sale. I am also familiar with the types of paraphernalia that are used to ingest illegal drugs. I have attended the department approved 11550 H&S course and the LAPD 40 hour Narcotic School. I have attended a two day Indoor Cannabis Cultivation Investigator's Course through Midwest Counterdrug Training Center. The course covered the cultivation process, cycles, equipment used related to the cultivation process and obvious signs associated with an indoor Marijuana grow. I have been assigned to Narcotics Enforcement Detail where my primary function is narcotics investigations. I am familiar with the "Call and Deliver" style of narcotics sales and I have conducted multiple investigations, resulting in arrests related to the call and deliver method. I have testified during preliminary court proceedings and also during jury trials in the Los Angeles Superior Court as a narcotics expert.

### Investigation:

I received information from a Source of Information (SOI), who requested to remain anonymous, regarding Marijuana being cultivated at 8239 Lankershim Boulevard in Unit #D. The SOI stated that he/she observed several Marijuana plants inside of the location and also reported observing heavy pedestrian traffic from the location. The SOI described two suspects along with two suspect vehicles. One suspect was described as a White male, approximately 5'09" and 200 pounds with dark hair and eyes in his mid 20's to early 30's with a tattoo picture of an eagle on his chest. The other suspect was described as a Hispanic male, approximately 5'06" to 5'07" and 200 pounds with dark hair and eyes in his early 20's. The vehicles were described as a black Mercedes SUV and a newer model gray Honda Accord.

Based on the information received from the SOI, I responded to the location to investigate. Upon arrival, I located 8239 Lankershim Boulevard Unit #D. A black Mercedes SUV was parked east of the unit and a gray Nissan Altima was parked directly in front of the door leading to the unit. I observed that the unit was inside a multi unit industrial complex. There were no markings on the outside of the unit with only a sticker on the window depicting what types of credit cards were accepted. I observed that the only window to the location appeared to be painted black.

EX. 1 – 2

027281

CONTINUATION SHEET

| Los Angeles Police Department | | | | | | |
|---|---|---|---|---|---|---|
| PAGE NO. 3 | TYPE OF REPORT | Arrest | | | BOOKING NO. Multi 6 | DR NO. 10-1609646 |
| ITEM NO. | QU AN | ARTICLE | SERIAL NO | BRAND | MODEL NO | MISC DESCRIPTION (EG. COLOR, SIZE, INSCRIPTIONS, CALIBER, REVOLVER, ETC) / DOLLAR VALUE |

While monitoring the location, I observed an unknown Armenian male arrive in a newer black Range Rover vehicle. The male stopped on Lankershim, prior to entering the lot, and made a phone call. It appeared that he was speaking to someone on his cellular phone. The male then entered the lot and drove to Unit D where he stopped his vehicle in front. I observed a male, later identified as Grigor Garibyan, exit the door and meet with the arriving male from the Range Rover. The two then entered the business. Shortly after, I observed a silver 2008 Honda Accord (6DFN754) arrive and park across from Unit #D. I observed a male, later identified as Jack Gambaryan, exited the vehicle and walk into the location. The vehicle matched the description given by the SOI. Gambaryan entered Unit #D briefly and then exited with Garibyan. Gambaryan and Garibyan went to the Honda and removed items. I observed Garibyan remove a five pound propane tank from the Honda and carry the item into Unit #D. I observed Gambaryan remove a bag containing several packages, of what appeared to be bamboo stalks, from the Honda and carry them into Unit #D.

Based on my observations, it appeared to be that the unit was being used for indoor Marijuana cultivation. The front window was blacked out, consistent with indoor Marijuana cultivation. This is done to keep natural light from the outside coming inside. When cultivating Marijuana indoors, growers have to trick the plant into thinking it is outdoors by recreating it's natural environment indoors. It also creates a photoperiod to allow the plant to mature. Also, my observation of the five pound propane container is consistent with indoor Marijuana cultivation. Propane containers are commonly found inside Marijuana grows, attached to Carbon Dioxide generators. The generators run off of propane or natural gas and create a Carbon Dioxide rich environment. This allows the Marijuana to grow more rapidly due to the Carbon Dioxide being depleted from the air inside grow rooms. By increasing the amount of Carbon Dioxide, you decrease the amount of time to grow Marijuana. What can be grown outdoors in five months can be grown indoors in three months. My observation of the bamboo stalks also was consistent with Marijuana cultivation. As the plants grow taller, they are supported by different methods to keep the plants from falling over. On past cultivation investigations, I have seen bamboo stalks used to support Marijuana plants through the growing stages.

Based on the information from the SOI and my observations, I formed an opinion that Marijuana was being cultivated inside 8239 Lankershim Boulevard in Unit #D. I contacted additional members of the Foothill Narcotics Enforcement Detail, advised them of the investigation, and requested they respond to assist. Detective Windham (#23527), Detective McKinney (#27322), Detective Levin (#33733), Officer Godoy (#36495) and Officer Velazquez (#37461) responded to assists. Prior to their arrival, I observed the male from the Range Rover exit the unit and leave the location.

As the units arrived, I observed Gambaryan exit Unit #D. Gambaryan stood in front and began smoking a cigarette while looking east in the lot towards Lankershim. I then observed a black 2009 Audi utility vehicle (6JKF062) arrive and park in front of Unit #D. A male, later identified as Hovannes Igarian, exited the Audi and met with Gambaryan. The two shook hands and both entered Unit #D. I relayed the information to the units in the area. Approximately 15 minutes later, I observed Igarian, Gambaryan and Garibyan exit Unit #D. Garibyan entered the Nissan Altima that was parked in front and Igarian entered his Audi that he arrived in. Garibyan moved his vehicle to the opposite side of the lot and went back to Gambaryan who was standing at the front door, propping it open with his body. Igarian moved his vehicle to where the rear hatch of the Audi was backed up to the door of Unit #D. Igarian then exited the vehicle and opened the rear hatch. Gambaryan then removed a large unknown

EX. 1 – 3

027282

| Los Angeles Police Department | CONTINUATION SHEET | | | |
|---|---|---|---|---|
| PAGE NO. 4 | TYPE OF REPORT: Arrest | | BOOKING NO. Multi 6 | DR NO. 10-1609646 |

| ITEM NO. | QUAN | ARTICLE | SERIAL NO | BRAND | MODEL NO. | MISC DESCRIPTION (EG. COLOR, SIZE, INSCRIPTIONS, CALIBER, REVOLVER, ETC) | DOLLAR VALUE |
|---|---|---|---|---|---|---|---|

item contained in a black plastic bag. Igarian and Gambaryan loaded the item into the rear hatch of Igarian's Audi and closed the hatch.

I along with Detective McKinney, Detective Levin, Officer Godoy and Officer Velazquez approached the group to investigate. During out approach, Garibyan went back into Unit #D.

I approached Igarian and identified myself as a Police Officer, both verbally and by displaying a police badge. I asked Igarian if I could speak with him. Igarian nodded his head, up and down, and began approaching me. I asked Igarian what kind of business this was, while pointing to Unit #D. Igarian stated that he did not know. I advised Igarian that I observed him inside the business for the past fifteen minutes and asked him again what type of business it was. Igarian again stated that he did not know. I asked Igarian if that was his black Audi that he was driving. Igarian stated that it was a friends. I asked Igarian what he put inside the vehicle from the business. Igarian again responded that he did not know. I asked Igarian if he was on Probation or Parole. Igarian stated that he was on probation but did not know why. While speaking with Igarian I observed that his hands were shaking and I also smelled the odor of Marijuana emitting from his person. Based on Igarian's statements, demeanor and odor, I placed Igarian into handcuffs for further investigation.

Detective McKinney approached Gambaryan and identified himself as a Police Officer, both verbally and by displaying a police badge. Detective McKinney asked Gambaryan if he could speak with him. Gambaryan agreed. During the contact, Detective McKinney detected the strong odor of Marijuana emitting from Gambaryan. While Detective McKinney was speaking with Gambaryan, Detective Levin, Officer Godoy and Officer Velazquez went to the door to Unit #D to make contact with Garibyan who had gone back into the location. While at the door, they detected a strong odor of Marijuana emitting from location. Based on all the information and observations, an opinion was formed that Marijuana was being cultivated inside Unit #D.

Officer Godoy conducted a knock at the door of the business to contact Garibyan. There was no answer. Officer Godoy opened the door to the business, which the door was found unlocked. As Officer Godoy opened the door, he observed a door leading into a makeshift room open. Officer Godoy observed several Marijuana plants being grown through the open makeshift room door. Officer Godoy then observed Garibyan standing inside the unit to the east of the door with three other males, later identified as Zhirayr Karayan, Hayk Karayan and Aram Khachatryan. All four were detained pending further investigation. While inside the location, officers observed three other makeshift rooms. Two of the rooms contained additional Marijuana plants with the third being empty.

I observed that Hayk Karayan had an eagle tattoo across his chest. Hayk Karayan also had keys to a Mercedes in his pocket. The Mercedes was a black SUV vehicle, found parked on Lankershim. Both his tattoo and vehicle matched the description provided by the SOI.

Detective McKinney observed Marijuana plants growing inside the unit as the door was opened. Detective McKinney handcuffed Gambaryan for further investigation.

I conducted a search of Igarian's Audi based on the observations of an item being placed inside from the location which contained Marijuana plants. Upon opening the rear hatch, I observed the large

EX. 1 – 4

027283

CONTINUATION SHEET

| Los Angeles Police Department | | | | | | | |
|---|---|---|---|---|---|---|---|
| PAGE NO. 5 | TYPE OF REPORT | | Arrest | | | BOOKING NO. Multi 6 | DR NO. 10-1609646 |
| ITEM NO. | QUAN | ARTICLE | SERIAL NO | BRAND | MODEL NO. | MISC DESCRIPTION (EG. COLOR, SIZE, INSCRIPTIONS, CALIBER, REVOLVER, ETC) | DOLLAR VALUE |

black plastic bag. Inside the bag, I recovered forty-one Marijuana plants in "Grodan" type 1"x1" cubes. "Grodan" cubes consist of rock wool and are a growing medium consistent with Marijuana cultivation.

I obtained a search warrant for the location along with several vehicles that belonged to the occupants of Unit #D. The warrant was signed by the Honorable Judge David Brougham of the Los Angeles Superior Court, East District.

Gambaryan, Garibyan, Khachatryan, Igarian, Z. Karayan and H. Karayan were all provided with signed copies of the search warrant (Pages 1-3).

A search of the location was conducted. During the search, three functioning Marijuana grow rooms were located. A grow room was set at the east side of the unit (Room #1), with another in the middle of the unit along the north wall (Room #2) and the last at the west side of the unit (Room #3).

Inside Room #1, Detective Levin and Officer Velazquez recovered (219) Marijuana plant clones, (136) Marijuana plants entering the adolescent stage and (22) Marijuana plants in the adolescent stage. I observed that the room contained two separate beds. The east bed contained (30) clones and (22) immature plants with three overhead lamps in individual reflector lamp shades containing 600W bulbs. The clones were set in 1"x1" Grodan cubes and the plants were set in 5 gallon "Home Depot" buckets with potting soil. The west bed contained (189) clones and (136) immature plants with three overhead lamps in individual reflector lamp shades containing 600W bulbs. The clones were set in 1"x1" Grodan cubes and the plants were set in black plastic 1 gallon pots with labels identifying different strains (O.G., Afghan, etc.) I observed a wall mounted air conditioning unit hanging on the west wall. A de-humidifier was at the south end of the west bed and an oscillating fan was mounted on the east and west walls. I observed that the lighting was set on a timer located outside the room on the south wall of the structure. The timer was set to provide 19 hours of light.

Inside Room #2, Detective McKinney, Officer Godoy and Detective Windham recovered (96) mature Marijuana plants that were at the end of the flowering stage and ready to harvest. I observed that the room contained two separate beds. The north and south beds each contained (48) plants with each bed having (4) overhead lamps in individual reflector lamp shades containing 1000W bulbs. All the plants were set in 5 gallon "Home Depot" buckets with potting soil. I observed a large upright carbon filter system set at the west end of the room near the door and a de-humidifier set in the middle of the room. The room oscillating fans on the north and south wall, including two additional fans at the east end of the room next to an upright standing oscillating fan. On the east wall, I observed a wall mounted air conditioning unit. I observed that the lighting was set on a timer located on the outer south wall of the room. The timer was set to provide 12 hours of light.

Inside Room #3, Detective McKinney and Officer Godoy recovered (53) mature Marijuana plants in the beginning of the flowering stage. I observed that the room had two separate beds. The west bed contained (28) plants with (3) overhead lamps in individual reflector lamp shades containing a mix of 600W and 1000W bulbs. The east bed contained (25) plants with (2) overhead lamps in individual reflector lamp shades containing 1000W bulbs. All the plants were set in 5 gallon "Home Depot" buckets with potting soil. At the north end of the room, I observed a large upright carbon filter system along with a portable de-humidifier. I observed an oscillating fan mounted on the north wall facing the

EX. 1 – 5

027284

## CONTINUATION SHEET

Los Angeles Police Department

| PAGE NO | TYPE OF REPORT | | | | | BOOKING NO. | DR NO. |
|---|---|---|---|---|---|---|---|
| 6 | Arrest | | | | | Multi 6 | 10-1609646 |

| ITEM NO. | QUAN | ARTICLE | SERIAL NO | BRAND | MODEL NO. | MISC DESCRIPTION (EG. COLOR, SIZE, INSCRIPTIONS, CALIBER, REVOLVER, ETC) | DOLLAR VALUE |
|---|---|---|---|---|---|---|---|

east bed with two additional oscillating fans at the southeast corner of the room. (2) wall mounted air conditioning units were along the east wall. Hanging from the ceiling at the southwest corner of the room, a carbon dioxide generator was located attached to the 5-gallon propane tank that I observed Garibyan removed from Gambaryan's vehicle. I observed that the lighting was set on a timer located on the south wall of the unit. The timer was set to provide 12 hours of light.

Inside the unit, I observed two large tubs containing water. The water was brought into the tubs from the bathroom plumbing. A submersible water pump was in one of the tubs with a 50 foot hose attached. The hose was long enough to reach all the grow rooms. Also in the unit, I observed three packages containing bamboo stalks that I observed Gambaryan carrying into the unit from his vehicle. A dry erase board was posted inside the unit listing nutrients, amounts and corresponding schedules within an 8 week grow period. I also recovered an empty package that contained "Gardener's Blue Ribbon" Sturdy Bamboo Plant Stakes. The package is identical to the items observed inside the location that Gambaryan brought into the unit.

A key to the unit was recovered from Zhirayr Karayan's keychain. Detective Levin located the key and found that it unlocked the door to the unit. A key to the unit was recovered from Jack Gambaryan's keychain. Detective Levin located the key and found that it unlocked the door to the unit. A key to the unit was also recovered from Aram Khachatryan's keychain. Detective Levin located the key and found that it unlocked the door to the unit.

During a search of Gambaryan's Honda Accord, I recovered a Home Depot receipt indicating the purchase of the Bamboo stalks and the purchase of a 5-gallon propane tank exchange. I also recovered an application for lease agreement for the unit at 8239 Lankershim #D listing an owner of Arman Dzhanoyan.

### Arrest:

I formed the opinion that the defendants were cultivating Marijuana and involved in a conspiracy to possess Marijuana for the purpose of sales. My opinion is supported by my observations and the items recovered from inside the location. Specifically, keys to the location recovered from Jack Gambaryan, Aram Khachatryan and Zhirayr Karayan. Also Gambaryan observed arriving to the location with items used in the cultivation which were brought into the unit by him and Grigor Garibyan. Garibyan was also observed meeting with an additional arriving male allowing him to enter the location. Hayk Karayan was inside the location where the cultivation was being conducted and is the son of Zhirayr Karayan. He also matches the description provided by the SOI specifically the eagle tattoo that he has on his chest. Hovannes Igarian met with Gambaryan and removed forty-one clone plants from the location. It is my opinion that Igarian was removing the plants to transport them to an additional Marijuana cultivation facility.

Jack Gambaryan was arrested for 182PC/11359 HS (Conspiracy to Possess Marijuana for Sale).

Grigor Garibyan was arrested for 182PC/11359 HS (Conspiracy to Possess Marijuana for Sale).

Hovannes Igarian was arrested for 182PC/11359 HS (Conspiracy to Possess Marijuana for Sale).

EX. 1 – 6

027285

| Los Angeles Police Department | CONTINUATION SHEET | | | | | | |
|---|---|---|---|---|---|---|---|
| PAGE NO. 7 | TYPE OF REPORT | Arrest | | | | BOOKING NO. Multi 6 | DR NO. 10-1609646 |
| ITEM NO. | QUAN | ARTICLE | SERIAL NO | BRAND | MODEL NO. | MISC DESCRIPTION (EG. COLOR, SIZE, INSCRIPTIONS, CALIBER, REVOLVER, ETC) | DOLLAR VALUE |

Aram Khachatryan was arrested for 182PC/11359 HS (Conspiracy to Possess Marijuana for Sale).

Hayk Karayan was arrested for 182PC/11359 HS (Conspiracy to Possess Marijuana for Sale).

Zhirayr Karayan was arrested for 182PC/11359 HS (Conspiracy to Possess Marijuana for Sale).

All were transported to Foothill Station with double-locked handcuffs.

**Booking:**
Jack Gambaryan was booked at Foothill Jail for 182PC/11359 HS (Conspiracy to Possess Marijuana for Sale) with the approval of Sgt Kennedy, Foothill Area Watch Commander. Officer Aguirre conducted a strip search and no other items were recovered.

Grigor Garibyan was booked at Foothill Jail for 182PC/11359 HS (Conspiracy to Possess Marijuana for Sale) with the approval of Sgt Kennedy, Foothill Area Watch Commander. Officer Rodriguez conducted a strip search and no other items were recovered.

Hovannes Igarian was booked at Foothill Jail for 182PC/11359 HS (Conspiracy to Possess Marijuana for Sale) with the approval of Sgt Kennedy, Foothill Area Watch Commander. Officer Rodriguez conducted a strip search and no other items were recovered.

Aram Khachatryan was booked at Foothill Jail for 182PC/11359 HS (Conspiracy to Possess Marijuana for Sale) with the approval of Sgt Kennedy, Foothill Area Watch Commander. Officer Rodriguez conducted a strip search and no other items were recovered.

Hayk Karayan was booked at Foothill Jail for 182PC/11359 HS (Conspiracy to Possess Marijuana for Sale) with the approval of Sgt Kennedy, Foothill Area Watch Commander. Officer Aguirre conducted a strip search and no other items were recovered.

Zhirayr Karayan was booked at Van Nuys Jail for 182PC/11359 HS (Conspiracy to Possess Marijuana for Sale) with the approval of Sgt Kennedy, Foothill Area Watch Commander. Officer Martin conducted a strip search and no other items were recovered.

**Medical Treatment/Injuries:**
Zhirayr Karayan was treated at Van Nuys Dispensary for pre-existing medical problems.

**Statements:**
Detective Levin admonished all Defendants, verbatim, per LAPD Form 15.03. All replied, "Yes. Yes. Yes. Yes. Yes. No."

**Evidence:**
See Property Report.

EX. 1 – 7

027286

| Los Angeles Police Department | | CONTINUATION SHEET | | | | | |
|---|---|---|---|---|---|---|---|
| PAGE NO. 8 | TYPE OF REPORT | Arrest | | | | BOOKING NO. Multi 6 | DR NO. 10-1609646 |
| ITEM NO | QUAN | ARTICLE | SERIAL NO | BRAND | MODEL NO. | MISC DESCRIPTION (EG. COLOR, SIZE, INSCRIPTIONS, CALIBER, REVOLVER, ETC) | DOLLAR VALUE |

**Photographs:**
 Pre search and Post search photographs were taken by Detective Windham. The photographs will be maintained in the case package at Foothill Detective Division in the NED Office.

**Additional:**
 All vehicles were parked and secured as per owners' requests.

**Court Information:**
 Detective McKinney, Detective Levin, Detective Windham, Officer Godoy, Officer Velazquez and I can testify to the contents of this report. I can testify to the information received from the SOI and the observations made prior to the encounter. All officers can testify to the items recovered from the location. I can testify to the quantity and equipment observed and recovered from the location. Detective Levin can testify to Miranda.

**EX. 1 – 8**

027287

Case 2:11-cr-00072-GW    Document 3275-2    Filed 05/27/14    Page 10 of 15    Page ID
#:19814

# Los Angeles Police Department
## PROPERTY REPORT

| Field | Value |
|---|---|
| Page ___ of ___ | 70-10 01 0 (R.8/89) DH (7/10/96) |
| NARC | ☒ |
| FIREARM | ☐ |
| SEARCH WARR. | ☒ |
| MONEY | ☒ |
| TOTAL U.S CURR. BKD. | $2533.00 |
| EVID. | ☒ |
| NON-EVID. | ☐ |
| DR IF RELATED TO PREV BKD EVID, USE | 10-16-09646 |
| DATE AND TIME THIS REPORT | |
| DATE PROPERTY BKD. | |
| DATE ORIG. EVID. TAKEN INTO CUSTODY | |
| RESIDENCE ADDRESS | |
| ARRESTEE — EVID. CONT. OF ARREST REPORT | Gambaryan, Jack |
| DOB | 10/07/76 |
| CHARGE BKD. ON | |
| BKG # | |
| AREA OR CITY, & DATE CRIME OCCUR. | |
| TYPE OF PREMISES | |
| PROBABLE CRIME | ☒ FELONY ☐ MISD. |
| DATE & TIME PROP. TAKEN INTO POLICE CUSTODY - LOCATION | 04/26/10 |
| INVESTIGATIVE UNIT | |
| PROP. BKD AT | PAB |
| NOTIFICATIONS - PERSONS & UNITS | SID |

The following items were recovered during a Narcotics Investigation at 8239 Lankershim Blvd Space #D. All items were later booked by Detective Coyle #33128 at PAB.

### PROPERTY BOOKED:

| Item | Quan | Article | Brand/Drug Weight | Misc. |
|---|---|---|---|---|
| 1 | 1 | Narco | 0.16lbs | green leaf plant substance resembling Marijuana in the form of 41 clone plants, recovered by Detective Coyle from the rear hatch of the Audi vehicle |
| 2 | 1 | Narco | Total: 187.62lbs<br>BOX 1 OF 7 = 27.12 LBS<br>BOX 2 OF 7 = 26.52 LBS<br>BOX 3 OF 7 = 27.00 LBS<br>BOX 4 OF 7 = 27.12 LBS<br>BOX 5 OF 7 = 27.02 LBS<br>BOX 6 OF 7 = 26.90 LBS<br>BOX 7 OF 7 = 25.34 LBS | green leaf plant substance resembling Marijuana in the form of 219 clone plants and 158 immature plants recovered by Officer Velazquez and Detective Levin from room #1. 96 immature plants recovered by Officer Godoy, Detective McKinney and Detective Windham from room #2. 53 mature plants recovered by Officer Godoy and Detective McKinney from room #3 |

| | | |
|---|---|---|
| Preliminary Drug Test — SUPERVISOR / INVESTIGATING OFFICER TESTING | Loomis | SERIAL NO. A8263 |
| WITNESSING OFFICER | Godoy | SERIAL NO. 36495 |
| Search Warrant Info — DATE | 04/26/10 | |
| ISSUED BY JUDGE | David C. Brougham | COURT NO. 7 |
| ITEMS SEIZED PURSUANT TO WARRANT (4/540.90) | ☒ ALL ITEMS ☐ ONLY ITEM NOS. | |
| SUPERVISOR APPROVING | SERIAL NO. C7206 | 10 10 ISSUED? ☒ YES ☐ NO |
| REPORTING EMPLOYEE(S) | Velazquez | SERIAL NO. 37461 |

EX. 1 – 9

027288

| Page _ of _ | | | | PROPERTY REPORT | | | DR NO. 10-16-09646 |
|---|---|---|---|---|---|---|---|
| ITEM NO. | QUAN. | ARTICLE | SERIAL NO./TYPE TEST OF DRUG | BRAND/DRUG WEIGHT, UNITS | MODEL NO./DRUG TEST RESULTS | | MISC - COLOR, SIZE, INSCRIPTION, CALIBER, ETC IF MULT ARREST, INCL NAME/BKG# FROM WHOM TAKEN |
| 3 | 1 | Currency | | US | | | Total: $167.00 (1-$100, 2-$20's, 5-$25's, 2-$1's) recovered from Gambaryan's person by Detective Coyle. |
| 4 | 1 | Currency | | US | | | Total: $913.00 (6-$100's, 14-$20's, 1-$10, 2-$5's, 1-$2's, 11-$1's) recovered from Karayan, Z's person by Detective Coyle. |
| 5 | 1 | Currency | | US | | | Total: $578.00 (3-$100's, 13-$20's, 1-$10, 3-$2's, 2-$'s) recovered from Karayan H's person by Detective Coyle. |
| 6 | 1 | Currency | | US | | | Total: $675.00 (3-$100's, 18-$20's, 1-$10, 1-$5) recovered from Igarian's person by Detective Coyle. |
| 7 | 1 | Currency | | US | | | Total: $200.00 (2-$100) recovered from Khachatryan's person by Detective Coyle. |
| 8 | 1 | Ballast | 02012009100001019 | Galaxy | | | green, 1000 watt ballast recovered by Detective Coyle from 8239 Lankershim Blvd Space #D. |
| 9 | 1 | Ballast | 04012009100003775 | Galaxy | | | green, 1000 watt ballast recovered by Detective Coyle from 8239 Lankershim Blvd Space #D. |
| 10 | 1 | Ballast | 0816200914004771 | Sun System | | | white, 600 watt ballast recovered by Detective Coyle from 8239 Lankershim Blvd Space #D. |
| 11 | 1 | Ballast | 0816200914004740 | Sun System | | | white, 600 watt ballast recovered by Detective Coyle from 8239 Lankershim Blvd Space #D. |
| 12 | 1 | Ballast | 0816200914004772 | Sun System | | | white, 600 watt ballast recovered by Detective Coyle from 8239 Lankershim Blvd Space #D. |
| 13 | 1 | Ballast | 0816200914004780 | Sun System | | | white, 600 watt ballast recovered by Detective Coyle from 8239 Lankershim Blvd Space #D. |

| Page of | | | PROPERTY REPORT | | | DR NO. 10-16-09646 |
|---|---|---|---|---|---|---|
| ITEM NO | QUAN | ARTICLE | SERIAL NO./TYPE TEST OF DRUG | BRAND/DRUG WEIGHT, UNITS | MODEL NO./DRUG TEST RESULTS | MISC - COLOR, SIZE, INSCRIPTION, CALIBER, ETC. IF MULT ARREST, INCL NAME/BKG# FROM WHOM TAKEN |
| 14 | 5 | Ballast | | Budget Grow II | | white, 600 watt ballast recovered by Detective Coyle from 8239 Lankershim Blvd Space #D . |
| 15 | 7 | Ballast | | Harvest Pro | | white, 1000 watt ballast recovered by Detective Coyle from 8239 Lankershim Blvd Space #D . |
| 16 | 1 | Ballast | | Xtra Sun | | white, 1000 watt ballast recovered by Detective Coyle from 8239 Lankershim Blvd Space #D . |
| 17 | 1 | Ballast | | Sunlight Supply | | white, 400 watt ballast recovered by Detective Coyle from 8239 Lankershim Blvd Space #D . |
| 18 | 9 | Lamp Shade | | Hydrofarm | | white lamp shade recovered by Detective Coyle from 8239 Lankershim Blvd Space #D |
| 19 | 9 | Lamp Shade | | Sun Light Supply | | 6", white lamp shade recovered by Detective Coyle from 8239 Lankershim Blvd Space #D |
| 20 | 1 | Lamp Shade | | Hydrofarm | | white lamp shade recovered by Detective Coyle from 8239 Lankershim Blvd Space #D |
| 21 | 1 | Lamp Shade | | Sun Light Supply | | white lamp shade recovered by Detective Coyle from 8239 Lankershim Blvd Space #D |
| 22 | 1 | Generator | | Gen-2E | | grey, electronic propane CO2 generator recovered by Detective Coyle from 8239 Lankershim Blvd Space #D |
| 23 | 6 | Light Bulbs | | Hortilux | | 1000 watt light bulbs recovered by Detective Coyle from 8239 Lankershim Blvd Space #D. |
| 24 | 9 | Light Bulbs | | Ultra Sun | | 600 watt light bulbs recovered by Detective Coyle from 8239 Lankershim Blvd Space #D. |
| 25 | 4 | Light Bulbs | | Plant Max | | 1000 watt light bulbs recovered by Detective Coyle from 8239 Lankershim Blvd Space #D. |
| 26 | 1 | Light Bulb | | Hilux Gro | | 1000 watt light bulb recovered by Detective Coyle from 8239 Lankershim Blvd Space #D. |

EX. 1 – 11

027290

| Page of | | PROPERTY REPORT | | | | DR NO. 10-16-09646 |
|---|---|---|---|---|---|---|
| ITEM NO | QUAN. | ARTICLE | SERIAL NO./TYPE TEST OF DRUG | BRAND/DRUG WEIGHT, UNITS | MODEL NO./DRUG TEST RESULTS | MISC. - COLOR, SIZE, INSCRIPTION, CALIBER, ETC. IF MULT. ARREST, INCL. NAME/BKG# FROM WHOM TAKEN |
| 27 | 3 | Keys | | | | black grip keys recovered by Detective Coyle from Gambaryan, Karayan and Khachatryan's person. |
| 28 | 1 | Document | | | | "application for lease" in the name of "Arman Dzhanoyan" recovered from the front passenger seat of Gambaryan's vehicle. |
| 29 | 1 | Receipt | | | | "Home Depot" receipt recovered from the front passenger seat of Gambaryan's vehicle. |
| 30 | 1 | Document | | | | "Bank of America" credit statement in the name of "Hovannes Igarian" recovered from the driver's side map pocket of the Audi vehicle by Detective Coyle. |
| 31 | 3 | Keys | | | | keys on key ring recovered from on top a table by Detective Coyle from 8239 Lankershim Blvd Space #D. |
| 32 | 1 | Plastic | | | | plastic bamboo stake packaging recovered from the floor of 8239 Lankershim Blvd Space #D by Detective Coyle. |

**EX. 1 – 12**

027291

| PAGE ___ OF ___ | LOS ANGELES POLICE DEPARTMENT |
|---|---|

# RECEIPT FOR PROPERTY TAKEN INTO CUSTODY
## * SAVE THIS RECEIPT*

| DATE | TIME | DR NUMBER |
|---|---|---|
| 04-26-2010 | 17:30 | 10-1609646 |

☐ ADDRESS  ☑ LOCATION PROPERTY TAKEN INTO CUSTODY
8239 Lankershim Blvd Space #D North Hollywood, Ca

NAME OF PERSON IN POSSESSION OF PROPERTY (LAST, FIRST, MI)
Gambaryan, Jack

| ADDRESS | STREET | CITY | ZIP |
|---|---|---|---|
| | 471 W. Maple Street Glendale, Ca | | |

| BOOKING NUMBER | CHARGE | CAL DL, OR OTHER ID NO. |
|---|---|---|
| 2311560 | 182 P.C/11359 H&S | B3688061 |

OTHER IDENTIFYING INFORMATION

ITEM NUMBERS ON PROPERTY REPORT
2-3, 8-24, 31-32

| PROPERTY TAKEN - DESCRIPTION | GIVE EXACT AMOUNT OF CASH | $ 167.00 |
|---|---|---|

| QUAN. | ARTICLE | SERIAL NO. | BRAND | MODEL NO. | MISC., COLOR, SIZE, INSCRIPTION, CALIBER, ETC |
|---|---|---|---|---|---|
| 2  1 | Narco | | Total: 187.62lbs BOX 1 OF 7 = 27.72 LBS  BOX 4 OF 7 = 27.12 LBS BOX 2 OF 7 = 26.52 LBS  BOX 5 OF 7 = 27.00 LBS BOX 3 OF 7 = 27.00 LBS  BOX 6 OF 7 = 26.90 LBS | | green leaf plant substance resembling Marijuana in the form of 219 clone plants, 158 immature plants, 96 immature plants, 53 mature plants BOX 7 OF 7 = 25.34 LBS |
| 3  1 | Currency | | US | | Total: $167.00 |
| 8  1 | Ballast | 02012009100001019 | Galaxy | | green, 1000 watt ballast |
| 9  1 | Ballast | 04012009100003775 | Galaxy | | green, 1000 watt ballast |
| 10 1 | Ballast | 0816200914004771 | Sun System | | white, 600 watt ballast |
| 11 1 | Ballast | 0816200914004740 | Sun System | | white, 600 watt ballast |
| 12 1 | Ballast | 0816200914004772 | Sun System | | white, 600 watt ballast |
| 13 1 | Ballast | 0816200914004780 | Sun System | | white, 600 watt ballast |
| 14 5 | Ballast | | Budget Grow II | | white, 600 watt ballast |
| 15 7 | Ballast | | Harvest Pro | | white, 1000 watt ballast |
| 16 1 | Ballast | | Xtra Sun | | white, 1000 watt ballast |
| 17 1 | Ballast | | Sunlight Supply | | white, 400 watt ballast |
| 18 9 | Lamp Shade | | Hydrofarm | | white lamp shade |
| 19 9 | Lamp Shade | | Sun Light Supply | | 6", white lamp shade |
| 20 1 | Lamp Shade | | Hydrofarm | | white lamp shade |
| 21 1 | Lamp Shade | | Sun Light Supply | | white lamp shade |
| 22 1 | Generator | | Gen-2E | | grey, electronic propane CO2 generator |
| 23 6 | Light Bulbs | | Hortilux | | 1000 watt light bulbs |
| 24 9 | Light Bulbs | | Ultra Sun | | 600 watt light bulbs |

PROPERTY BOOKED TO - SAME AS POSSESSOR ☑

DIVISION OF BOOKING: Foothill

SIGNATURE OF OFFICER ISSUING: [signature]

| SERIAL NUMBER | DIVISION | DETAIL |
|---|---|---|
| 37461 | Foothill | NED |

THIS RECEIPT DOES NOT CONSTITUTE RECOGNITION OF LEGAL TITLE TO ABOVE PROPERTY

SIGNATURE OF PERSON IN POSSESSION OF PROPERTY (OPTIONAL)

10.10.00 (12/09)

PROPERTY RELEASE (COMPLETE NEXT PAGE)

**EX. 1 – 13**

027292

PAGE ____ OF ____

LOS ANGELES POLICE DEPARTMENT

# RECEIPT FOR PROPERTY TAKEN INTO CUSTODY

*  SAVE THIS RECEIPT*

| DATE | TIME | DR NUMBER |
|---|---|---|
| 04-26-2010 | 17:30 | 10-1609646 |

ADDRESS ☑ LOCATION PROPERTY TAKEN INTO CUSTODY
8239 Lankershim Blvd Space #D North Hollywood, Ca

NAME OF PERSON IN POSSESSION OF PROPERTY (LAST, FIRST, MI)
Gambaryan, Jack

| ADDRESS | STREET | CITY | ZIP |
|---|---|---|---|
| | 471 W. Maple Street Glendale, Ca | | |

| BOOKING NUMBER | CHARGE | CAL DL, OR OTHER ID NO. |
|---|---|---|
| 2311560 | 182 P.C/11359 H&S | B3688061 |

OTHER IDENTIFYING INFORMATION

ITEM NUMBERS ON PROPERTY REPORT
2-3,8-29, 31-32

PROPERTY TAKEN - DESCRIPTION    GIVE EXACT AMOUNT OF CASH  $  167.00

| QUAN. | ARTICLE | SERIAL NO. | BRAND | MODEL NO. | MISC., COLOR, SIZE, INSCRIPTION, CALIBER, ETC. |
|---|---|---|---|---|---|
| 25 4 | Light Bulbs | | Plant Max | | 1000 watt light bulbs |
| 26 1 | Light Bulb | | Hilux Gro | | 1000 watt light bulb |
| 27 3 | Keys | | | | black grip keys |
| 28 1 | Document | | | | "application for lease" in the name of "Arman Dzhanoyan" |
| 29 1 | Receipt | | | | "Home Depot" receipt |
| 31 3 | Keys | | | | keys on key ring |
| 32 1 | Plastic | | | | plastic bamboo stake packaging |

PROPERTY BOOKED TO - SAME AS POSSESSOR ☑

DIVISION OF BOOKING: Foothill

SIGNATURE OF OFFICER ISSUING: [signature]

| SERIAL NUMBER | DIVISION | DETAIL |
|---|---|---|
| 37461 | Foothill | NED |

THIS RECEIPT DOES NOT CONSTITUTE RECOGNITION OF LEGAL TITLE TO ABOVE PROPERTY

SIGNATURE OF PERSON IN POSSESSION OF PROPERTY (OPTIONAL)

10 10 00 (12/09)

PROPERTY RELEASE (COMPLETE NEXT PAGE)

EX. 1 – 14

027293