# EXHIBIT 2



EX. 2 – 1






Case 2:11-cr-00072-GW   Document 3275-3   Filed 05/27/14   Page 5 of 11   Page ID #:19824

EX. 2 – 4



EX. 2 – 5



EX. 2 – 6



EX. 2 – 7





**NUTS FLOWER**
- NO YELLOW 1-2 Tbl/G.
- NUTS 1 tsp/2g.
- MONSTER BLOOM 1,2,3 Tsp/G.
- SUPERTHRIVE 1 tsp/4g.
- GEL VIT 1 mil/1Sg.
- 8-10 mil/g.
- HYDROZYME 3 mil/g.
- TEA (week 1,2) 1 tsp/g.
- AT (week 2) 4 tsp/g.
- PE (week 3) 2 tsp/g.
- (weeks 5,6,7) 3 cups/5mil
- TT (weeks 6,7) Ktsp/g.
- H (week 7,8) 1 tsp/g.

**WEEKS (1-6)**
ADJUST PPM WITH ↓
MONSTER BLOOM 1 tsp/5g.

**NUT. GROW**
- ROOTS
- SUPERTHRIVE 1 tsp/2g. 1 tsp/4g.
- SUBMIT 1 mil/1Sg.
- FLORA NOVA GROW 1,2,3 Tsp/G. 8-10 mil/g.
- ENZYME 1-2 Tbl/g.
- THERMO GREEN 1 tsp/g. 3 mil/L.
- H₂O₂

| FLOWER #2 | M | T | W | TH | F | S | SU |
|---|---|---|---|---|---|---|---|
| 1 | | 800 | | 900 | | 800 | |
| 2 | W | | W | | W | | W |
| 3 | | 1000 | W | 1100 | W | | W |
| 4● | 1100 | W | | W | | 1200 | |
| 5 | 1200 | W | | W | | 1300 | |
| 6 | W | 1300 | W | 850 | W | | FLUSH |
| 7 | W | | W | | W | | |
| 8 | 1100 | | | | | | |

CLEAREX — TIL LOW PPM
F G
S H

*SPLIT EVEN*
SUPERTHRIVE 1 tsp/5g
SUPERVIT 1 mil/g
HYDROZYME 6 mil/g
CLONEX 40 mil/g
H₂O₂ 3 mil/g
ROOTS 1 mil/2g

**CLONES**

| FLOWER | T | W | TH | F | S | SU | M |
|---|---|---|---|---|---|---|---|
| 1 | | 1100 PPM 6.5 PH | 800 PPM 6.5 PH | 900 PPM 6.5 PH | 1000 PPM 6.5 PH | 800 PPM 6.5 P | 900 PPM 6.5 PH |
| 2 | WATER | | | WATER | | | |
| 3 | | 1100 PPM 6.5 PH | 1200 PPM 6.5 PH | 1100 PPM 6.5 PH | 1100 PPM 6.5 PH | 1200 PPM 6.5 PH | 1300 PPM 6.5 PH |
| 4 | | | | | | FLUSH | |
| 5 | WATER | | | WATER | | | |
| 6 | | WATER | 1200 PPM 6.5 PH | | WATER | | 1300 PPM 6.5 PH |
| 7 | | | | | | | |
| 8● 1100 PPM 6.5 PH | | 600 PPM 6.5 PH | | W | W | W | FLUSH |