EX. 2 – 11



V-2E
EX. 2 – 12
033508



AmeriGas
America's Grillin' with AmeriGas
Cylinder Exchange
033509
EX. 2 – 13



EX. 2 – 14
033510



clean
EX. 2 – 15



EX. 2 – 16



EX. 2 – 17



EX. 2 – 18



EX. 2 – 19



EX. 2 – 20