# EXHIBIT 3

FBI/DOJ

FD-674 (1-17-85)

PHOTOGRAPHER _____

DATE __2__ / _10_ / _10_ ROLL # _Digital_
      Month   Day   Year

LOCATION _13326 Brasilia Drive Porter Ranch CA_

CASE FILE _281A-LA-24679_

AGENCY _FBI LTTTF Force_

0  1  2  3  4  5  6

EX. 3 – 1



EX. 3 – 2



EX. 3 – 3



EX. 3 – 4



EX. 3 – 5



EX. 3 – 6



EX. 3 – 7



EX. 3 – 8



EX. 3 – 9



EX. 3 – 10



EX. 3 – 11



EX. 3 – 12



EX. 3 – 13

# EVIDENCE RECOVERY LOG

LOCATION: 17526 Basilia Drive, Poker Ranch, CA
DATE: 02/10/2010
CASE IDENTIFIER: 2011-LA-2427A9
PREPARER/ASSISTANTS: SA Glenn F. Solomon - Hill

PAGE: 1 OF:

PERSONNEL: SA Glenn F. Solomon - Hill
SA Miguel Luna
SA Allison Hirsch
SA Greson McPherson
SA Sara Silvey
Det. Brian Hickley
SA Martin Juarez
CA Victor Vanadoc

SA Kelly Lower
SA Mike Orton

| ITEM # | DESCRIPTION | WHERE FOUND | RECOVERED BY | PHOTO | MARKING Direct—D Indirect—I | PACKAGING METHOD | MISCELLANEOUS COMMENTS |
|---|---|---|---|---|---|---|---|
| 1 | 40 caliber Baretta (SN # N46241) 96 | Rm M, Closet | Luna | N | | | |
| 2 | Magazine Baretta 40 w/ 14 hollow point | Rm M, Closet | Luna | N | | | |
| 3 | Various US & Foreign Passports | Rm M, Closet | Luna | N | | | |
| 4 | Red Federal immigration & SSA doc | Rm M, Dresser Drawer | McPherson | N | | | |
| 5 | Yellow folder w/ education & credit doc | Rm M, Dresser Drawer | McPherson | N | | | |
| 6 | Manila Env. Re: arrest case | Rm M, Dresser Drawer | McPherson | N | | | |
| 7 | Bank account statement & benefit stub | Rm M, Dresser Drawer | McPherson | N | | | |
| 8 | Legal size folder | Rm M, Dresser | McPherson | N | | | |
| 9 | Manila Env. 1 folder w/ loan docs | Rm M, Dresser | McPherson | N | | | |
| 10 | folder w/ 2005, 2006, 2007 tax returns | Rm M, Dresser Drawer | McPherson | N | | | |
| 11 | address book, travel docs, receipt for Western pers. | Rm M, Dresser Drawer | McPherson | N | | | |
| 12 | 2008 taxes, blank check | Rm M, Desk Dresser | McPherson | N | | | |
| 13 | Various credit cards | Rm F, Desk Drawer | McPherson | N | | | |
| 14 | Misc. bills & credit reports | Rm C, Drawer | Hickley | N | | | |
| 15 | Receipts, pay cards, Express credit reports | Rm F, Desk Drawer | Silvey | N | | Valuables | |
| 16 | Misc. bills | Rm F, Post Drawer | Silvey | N | | | |
| 17 | Various credit cards/gift cards | Rm O, Closet box inside | McPherson | N | | | |
| 18 | Receipts for jewelry purchases | AK1 G, top closet behind door | McPherson | N | | Valuables | |
| 19 | Sprinkler system | Cue L, Cabinet | Juarez | N | | | |
| 20 | Various video cassettes/DVD | Rm C, Counter | McPherson | N | | | |
| 21 | mail item in another name/ other address | Rm F, Floor | McPherson | N | | | |
| 22 | business check w/ floral | Rm F, Closet shelf | Vanadoc | N | | | |
| 23 | Literature re: Narotics/hardware | Rm F, Shelf in closet | Vanadoc | N | | | |
| 24 | Financial files, FTB | Rm F, Re: desk drawer | McPherson | N | | | |
| 25 | Stereo card, address book | Rm F, Re: closet door | McPherson | N | | | |
| 26 | Gift/store cards | Rm F, Ft. desk drawer | McPherson | Y | | | |
| 27 | bills which contain receipt box, doc | desk | McPherson | N | | | |
| 28 | receipt for home depot purch. (gardening) | Rm F, 1st desk drawers | McPherson | N | | | |

EX. 3 – 14

# EVIDENCE RECOVERY LOG

LOCATION  19536 Brasilia Drive, Porter Ranch, CA
DATE  02/10/2010
CASE IDENTIFIER  2SLA-LA-246219
PREPARER/ASSISTANTS  SA Glenn E. Slavens-Hol

PERSONNEL

PAGE _____ OF _____

| ITEM # | DESCRIPTION | WHERE FOUND | RECOVERED BY | PHOTO | MARKING Direct—D Indirect—I | PACKAGING METHOD | MISCELLANEOUS COMMENTS |
|---|---|---|---|---|---|---|---|
| 29 | #40 - #50 toles | Rm F backporch w/ great back | McRostin | | | | |
| 30 | Pierce Purchase Records | Rm F Pek lower LH closet | Juarez | | | | |
| 31 | business cards, documents | Rm H garage wall | Silloy | | | | |
| 32 | business cards, documents | Rm H garage wall | Silloy | | | | |
| 33 | address books | | | | | | |
| 34 | planning articles | Rm D bar counter | Silver | | | | |
| 35 | 2 year of cancelled | Rm H closet in garage | KB Slibbout Olton | | | | |
| 36 | 2 box of cancelled | Rm H closet in garage | Osted | | | | |
| 37 | 12-25 serial-wrapped cancelled | Tevin Terence | Luena | | | Valuable | |
| 38 | business cards | Rm H stabilizing (reid) | Luena | | | Valuable | |
| 39 | medical checks | Rm H shelving unit | Luena | | | Valuable | |
| 40 | Whole check | Rm F Desk Drawer | Rock | | | | |
| 41 | Plastic Tubs | Rm H garage | Rock | | | | |
| 42 | Box of tools | Rm H Cement | Rock | | | | |
| 43 | (3) transformers (1) utility pump | Rm H by back tract | Rock | | | Box | |
|  | fertilizer & gardening chemicals | Rm H shelf metal greed | Rock | | | Box | |
| 44 | box of clorthion | street | | | | Box | |
| 45 | air addition unit | Rm H garage | | | | | |
| 46 | air condensor unit | Rm H garage | | | | | |
| 47 | air condition unit | Rm H garage table | | | | | |
| 48 | black trash can w/ rubber | Rm H garage | | | | | |
|  | hose inside | | | | | | |
| 49 | lead cut tip/100FS | Rm H garage | | | | | |
| 50 | needed smatter | Rm H garage | | | | | |
| 51 | a new test cartridge & housing | Rm H garage | | | | | |
| 52 | light hood | Rm H garage | | | | | |
| 53 | filters | Rm H garage | | | | | |
| 54 | 20 gal Plant pots | Rm H garage | | | | | |
| 55 | other mesh sticky paper | | | | | | |
| 56 | sticky filters to grow | | | | | | |

EX. 3 – 15

# PHOTOGRAPHIC LOG

LOCATION
DATE
CASE IDENTIFIER
PREPARER/ASSISTANTS

| PHOTO # | DESCRIPTION of PHOTOGRAPHIC SUBJECT | USE of SCALE | MISCELLANEOUS COMMENTS |
|---|---|---|---|
| 56 | air condition... unit | | Rm H |
| 57 | air conditioner unit | | Rm H |
| 58 | glass ... container | | Rm H |
| 59 | sealed sprinkler | | Rm H |
| 60 | trap for account... | | Rm H |
| 61 | charging filter system | | Rm H |
| 62 | empty | | Rm H |
| 63 | vacuum filter system 2 | | Rm H |
| 64 | lightbox... | | Rm H, grow tent |
| 65 | Toshiba laptop S/N 26194160B0 | | Rm H, nightstand |
| 66 | Client computer S/N 2023964-1732 | | Rm F, under desk |

CAMERA
TYPE of FILM and RATING
REMARKS

SKETCH (IF APPLICABLE)

PAGE ___ OF ___

EX. 3 – 16

EXHIBIT 4

## SATICOY FRAUD BANK ACCOUNTS

| Victim Initials | Account No. (Last Four Numbers) | Account Balance | Account in Defendants' Possession? |
|---|---|---|---|
| D.C. | xxxx2727 | $28,327 (as of 02/01/2010) | Yes |
| D.C. | xxxx5110 | $56,097 (as of 02/02/2010) | Yes |
| D.C. | xxxx3744 | $242,495 (as of 02/12/2010) | Yes |
| D.C. | xxxx5776 | $302,647 (as of 03/23/2010) | No |
| S.F | xxxx9225 | $20,186 (as of 02/09/2010) | Yes |
| S.F. | xxxx9845 | $312,318 (as of 02/09/2010) | Yes |
| S.F. | xxxx9661 | $2,267 (as of 02/09/2010) | No |
| C.B. | xxxx0523 | $2,376 (as of 02/11/2010) | Yes |
| C.B. | xxxx4450 | $1,976 (as of 02/11/2010) | Yes |
| C.B. | xxxx3168 | $86,363 (as of 02/11/2010) | No – money was xferred from xxxx4450 in May of 2009 |
| | Total (all accounts) | $1,055,147 | |
| | Total (accounts HK had at Saticoy) | $750,233 | |

**EX. 4 - 1**