**FILED**

UNITED STATES COURT OF APPEALS

DEC 15 2014

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff - Appellee,<br><br>　v.<br><br>ARMAN SHAROPETROSIAN, AKA Dzi, AKA Horse,<br><br>　　Defendant - Appellant. | No. 14-50434<br><br>D.C. No. 2:11-cr-00072-RGK-4<br>Central District of California,<br>Los Angeles<br><br>Amended ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT

12/15/14

CENTRAL DISTRICT OF CALIFORNIA
BY: ___MAT___ DEPUTY

　　This order amends the December 12, 2014 order.

　　Court Reporter Sandra MacNeil's motion for an extension of time to file the reporter's transcript is granted. This order waives the mandatory fee reduction provided the transcripts are filed within the time allowed. The transcript is due March 4, 2015. Absent any further delays in the filing of the transcripts, the opening brief is due April 13, 2015. The answering brief is due May 13, 2015. The optional reply brief is due within 14 days after service of the answering brief.

　　A copy of this order shall be provided to Court Reporter MacNeil at the district court.

　　　　　　　　　　　　　For the Court:
　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　Clerk of the Court


　　　　　　　　　　　　　Alihandra M. Totor
　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　Ninth Circuit Rules 27-7 and 27-10

Amt√Pro Mo 15Dec2014